DEFENDANT: LEOBERTO BELTRAN CASTILLO        Page 2 of 2
CASE NUMBER 2:13MJ00238-AC-1

(b) Whether the defendant was on probation, parole, or release by a court;
At the time of the current arrest, the defendant was on:
- ___ Probation
- ___ Parole
- ___ Release pending trial, sentence, appeal or completion of sentence.

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
AUG - 9 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA, )
)
  Plaintiff, )   2:13MJ00238-AC-1
)
  v. )
) **DETENTION ORDER**
LEOBERTO BELTRAN CASTILLO, )
  Defendant, )
_____ )

A.  **Order For Detention**
    After conducting a detention hearing pursuant to 18 U.S.C. § 3142(f) of the Bail Reform Act, the Court orders the above-named defendant detained pursuant to 18 U.S.C. § 3142(e) and (I)

B.  **Statement Of Reasons For The Detention**
    The Court orders the defendant's detention because it finds:
    - [X] By a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.
    - [X] By clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and the community.

C.  **Findings Of Fact**
    The Court's findings are based on the evidence which was presented in Court and that which was contained in the Pretrial Services Report, and includes the following:
    - [X] (1) Nature and Circumstances of the offense charged:
        - ___ (a) The crime._____.
        - ___ (b) The offense is a crime of violence.
        - ___ (c) The offense involves a narcotic drug.
        - [X] (d) The offense involves a large amount of controlled substances.
    - ___ (2) The weight of the evidence against the defendant is high.
    - [X] (3) The history and characteristics of the defendant including:
        - (a) General Factors:
            - ___ The defendant appears to have a mental condition which may affect whether the defendant will appear.
            - ___ The defendant has no family ties in the area.
            - ___ The defendant has no steady employment.
            - ___ The defendant has no substantial financial resources.
            - ___ The defendant is not a long time resident of the community.
            - ___ The defendant does not have any significant community ties.
            - ___ Past conduct of the defendant:_____

            - ___ The defendant has a history relating to drug abuse.
            - ___ The defendant has a significant prior criminal record.
            - ___ The defendant has a prior record of failure to appear at court proceedings.

cc: Court/Original    U.S. Attorney    Defense Counsel    Pretrial Services