BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
JEFFREY A. SPIVAK
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LEOBARDO BELTRAN CASTILLO,<br><br>    Defendant. | 2:13-MJ-0238-KJN<br><br>STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING DATE<br><br>Judge: Hon. Dale A. Drozd |

**STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. At the defendant's initial appearance on August 9, 2013, this matter was set for a Preliminary Hearing on August 23, 2013.

2. By this Stipulation, the parties move to continue the Preliminary Hearing until September 13, 2013 at 2:00 p.m.

3. Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because the parties are discussing potential pre-indictment resolution of this matter.  The parties

1  need further time to discuss this matter and discuss any
2  potential consequences.
3  **IT IS SO STIPULATED.**
4
5  DATED: August 16, 2013         /s/ Jeffrey A. Spivak
                                   JEFFREY A. SPIVAK
6                                  Assistant U.S. Attorney
7
8  DATED: August 16, 2013         /s/ Heather E. Williams
                                   HEATHER E. WILLIAMS
9                                  Federal Defender
                                   Attorney for Leobardo Castillo
10                                 (as authorized on August 14, 2013)
11
12                         **ORDER**
13  IT IS SO FOUND and ORDERED, this  20th  day of August, 2013.
14
15
16                         /s/ Dale A. Drozd
                           Hon. DALE A. DROZD
17                         United States Magistrate Judge