```
BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-MJ-00238-AC |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING MOTION TO DISMISS CRIMINAL COMPLAINT WITHOUT PREJUDICE |
| v. | |
| LEOBERTO BELTRAN CASTILLO, | Judge: Hon. Allison Claire |
| Defendant. | |

**ORDER**

Pursuant to Federal Rule of Criminal Procedure 48(a), **IT IS HEREBY ORDERED** that the pending Criminal Complaint in this case is **DISMISSED WITHOUT PREJUDICE.**

Dated:  September 11, 2013

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1