FILED
September 12, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                            )<br>            Plaintiff,                          )<br>v.                                                       )<br>                                                            )<br>LEOBERTO BELTRAN CASTILLO,  )<br>                                                            )<br>            Defendant.                       ) | Case No. 2:13MJ00238-AC-1<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  LEOBERTO BELTRAN CASTILLO , Case No.  2:13MJ00238-AC-1 , Charge  DISMISSED , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of $__

              __    Unsecured Appearance Bond

              __    Appearance Bond with 10% Deposit

              __    Appearance Bond with Surety

              __    Corporate Surety Bail Bond

              __    (Other)      __

Issued at  Sacramento, CA  on  September 12, 2013  at  2:00 pm .

                                                            By   /s/ Allison Claire/s/ Allison Claire
                                                                    Allison Claire
                                                                    United States Magistrate Judge

Copy 2 - Court